# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANITA BEMI, et al.,

    Plaintiffs,

v.                         Case No. 07-C-591

MIDWEST SECURITY ADMINISTRATORS, INC., et al.,

    Defendants.

## ORDER

On August 30, plaintiffs filed a motion for default judgment against defendant Midwest Security Administrators, Inc., whose answer was due on August 27. On August 31, Midwest Security Administrators filed its answer and a brief in opposition to the motion for default judgment. In its brief, it concedes that attorney error was responsible for the oversight, but notes that any harm resulting from the delay of four days is meager. I agree, and because the Rules of Civil Procedure are to be construed to ensure justice, *see* Fed. R. Civ. P. 1, the motion for default judgment will be **DENIED** and the answer of Midwest Security Administrators is deemed timely.

**SO ORDERED** this   10th   day of September, 2007.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge